## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Oscar Felix, et al.

      Plaintiff,

v.             Case No.: 1:20–cv–04793

             Honorable Franklin U. Valderrama

Roosevelt University

      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, March 31, 2025:

   MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is Defendant and Plaintiff Daeja Sutton's (collectively, the Parties) Joint Notice of Settlement and Request for Stay [168], in which they indicate that they have agreed to settle Sutton's individual claims and, given Plaintiff Felix's non–participation in the lawsuit, request to stay the remaining deadlines in this matter. The Court grants the request to stay the class certification deadlines and directs the Parties to file a status report indicating the status of the settlement on or before 4/21/2025. In light of the stay (and the pending motion to dismiss the claims against Felix for want of prosecution [167], the Court terminates Plaintiffs&#0;39; motion for class certification and appointment of class counsel [129] without prejudice. Mailed notice. (jcm)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.