# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Oscar Felix, et al.

                            Plaintiff,

v.                                             Case No.: 1:20−cv−04793
                                                   Honorable Franklin U. Valderrama

Roosevelt University

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated therein, including lack of communication with counsel, failure to appear at his own deposition, and failure to meaningfully advance his claim, the Court grants Defendant's unopposed motion to dismiss Plaintiff Oscar Felix as a plaintiff in this lawsuit for want of prosecution [167]. Therefore, Oscar Felix is hereby dismissed as a Plaintiff in this lawsuit. See Fed. R. Civ. P. 41(b); Lankowsky v. City of Chicago, 2015 WL 4868619, at *2 (N.D. Ill. Aug. 13, 2015) (citing Easley v. Kirmsee, 382 F.3d 693, 698 (7th Cir. 2004)). Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.